**STATE of Missouri, Respondent,**

v.

**Marion Dale MOAD, Appellant.**

**Nos. WD 60610, WD 60611.**

Missouri Court of Appeals,
Western District.

March 28, 2003.

Susan L. Hogan, Assistant State Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Anne Edgington, Assistant Attorney General, MO, for Respondent.

Before EDWIN H. SMITH, P.J., LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

Marion Moad challenges the sufficiency of the evidence to support his conviction by jury for first-degree murder, § 565.020, RSMo 2000, and sentence of life imprisonment. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 30.25(b).